Supreme Court
No. 2024-369-M.P.

In the Matter of Christopher L. Malcolm.     :

**O R D E R**

This matter is before the Court pursuant to a petition for reciprocal discipline filed by this Court's Disciplinary Counsel in accordance with Article III, Rule 14 of the Supreme Court Rules of Disciplinary Procedure for Attorneys. The respondent, Christopher L. Malcolm, was admitted to the practice of law in this state on October 23, 2013. The respondent is also admitted to the practice of law in the Commonwealth of Massachusetts.

On November 19, 2024, a single justice of the Supreme Judicial Court for the Commonwealth of Massachusetts issued an Order of Immediate Temporary Suspension (Order) against respondent, effective immediately upon entry of said Order regarding unspecified disciplinary matters pending in the Commonwealth. The Board of Bar Overseers of the Supreme Judicial Court forwarded a copy of that Order to Disciplinary Counsel on November 22, 2024.

Article III, Rule 14(a), entitled "Reciprocal Discipline," provides, in pertinent part: "Upon notification from any source that a lawyer within the jurisdiction of the [Disciplinary] Board has been disciplined in another jurisdiction, [Disciplinary]

- 1 -

Counsel shall obtain a certified copy of the disciplinary order and file it with the [C]ourt." On November 26, 2024, Disciplinary Counsel filed a certified copy of the Order with this Court along with her request that we impose reciprocal discipline.

On December 12, 2024, we issued an order to respondent providing him thirty days to assert any claim he may have that the reciprocal discipline should not be imposed. Our order further informed respondent that his failure to show cause why identical discipline should not be imposed would result in the entry of an order of suspension without further notice. The respondent made no submission despite being given the opportunity to do so.

Accordingly, we decide this petition based upon the information submitted by Disciplinary Counsel. After a review of the record, we determine respondent has failed to show cause why identical reciprocal discipline should not be imposed.

The respondent, Christopher L. Malcolm, is hereby suspended from the practice of law in this state until the disciplinary matters pending in the Commonwealth of Massachusetts are resolved and further order of this Court. The respondent shall promptly report to Disciplinary Counsel as to the final resolution of the disciplinary matters pending in Massachusetts and on any further orders from the Board of Bar Overseers and/or the Supreme Judicial Court relating to discipline.

Entered as an order of this Court this *17th* day of *February 2025.*

/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Christopher L. Malcolm. | |
| **Case Number** | No. 2024-369-M.P. | |
| **Date Order Filed** | February 17, 2025 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Christopher L. Malcolm, *pro se* | |